## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN MEGGS,

    Plaintiff,

vs.

THE MARDI-GRAS INN, LTD. and THE NEVADIAN, INC.,

    Defendants.

Case No. 2:14-cv-00443-JCM-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed March 25, 2014. Defendants filed their Answer (#10) May 1, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 30, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 20th day of June, 2014.

                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge